UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| MARCUS CURRY, | ) |
|---|---|
| Plaintiff, | ) |
| | ) No. 2:20-CV-248 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| GREG LARKINS, *et al.*, | ) |
| Defendants. | ) |

# O R D E R

On February 9, 2021, United States Magistrate Judge Cynthia Richardson Wyrick filed a report and recommendation (the "R&R") upon screening Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1)–(2) of the Prisoner Litigation Reform Act. (Doc. 7.) No objection has been filed to the R&R within the given fourteen days. *See* 28 U.S.C. § 636(b)(1).

The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 7). The Clerk of Court is **DIRECTED** to proceed as stated in the R&R.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**